IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHANNON SELLERS                                                                        PLAINTIFF

v.                              CASE NO. 4:22-cv-00620-BSM

JAMES KIRKENDALL                                                                    DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE